IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, individually and on behalf of other members of the general public similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>KMART CORPORATION, a Michigan corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; ADIN VELASQUEZ and DOES 1 through 10, inclusive,<br><br>             Defendants. | 1:12-CV-00304 AWI MJS<br><br>ORDER VACATING JUNE 18, 2012, HEARING DATE AND TAKING MOTION TO DISMISS AND MOTION TO STRIKE UNDER SUBMISSION<br><br>(Doc. Nos. 8, 10) |

    Currently set for hearing on June 18, 2012, are the Motion to Dismiss and Motion to Strike Class Allegations and Requests for Injunctive Relief filed by Defendants Kmart Corporation, Sears Holdings Management Corporation, and Adin Velasquez. See Court's Docket, Doc. Nos. 8, 10. Plaintiff opposes both motions. See id., Doc. Nos. 14, 15. Defendants have filed replies. See id., Doc. Nos. 26, 27. The court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument. See Local Rule 78-230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 18, 2012, is VACATED, and the parties shall not appear at that time. As of June 18, 2012, the court will take the matters under submission and will thereafter issue its decisions.

IT IS SO ORDERED.

Dated:   June 12, 2012

CHIEF UNITED STATES DISTRICT JUDGE