# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, an individual<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KMART CORPORATION, a Michigan corporation; SEARS HOLDINGS MANAGEMENT, a Delaware corporation; ADIN VELASQUEZ; and DOES 1 through 10, inclusive,<br>　　　　　　Defendants. | 1:12-CV-00304 AWI MJS<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. No. 45) |

　　　In light of the Joint Stipulation for Order Granting Plaintiff Leave to File Second Amended Complaint submitted by Plaintiff Amie Holak and Defendant Kmart Corporation, and good cause appearing, Plaintiff's Second Amended Class Action Complaint attached to the Joint Stipulation shall be deemed filed and served upon the date of this Order.  *See* Court's Docket, Doc. No. 45.  Defendant may have until 14 days after service of the Second Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

Dated:　　January 18, 2013　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE