IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMIE HOLAK,<br>an individual | ) | 1:12-CV-00304 AWI MJS |
| Plaintiff, | )<br>) | ORDER GRANTING<br>PLAINTIFF LEAVE TO FILE |
| v. | )<br>) | SECOND AMENDED<br>COMPLAINT |
| KMART CORPORATION, a Michigan<br>corporation; SEARS HOLDINGS<br>MANAGEMENT, a Delaware<br>corporation; ADIN VELASQUEZ; and<br>DOES 1 through 10, inclusive,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | (Doc. No. 45) |

In light of the Joint Stipulation for Order Granting Plaintiff Leave to File Second

Amended Complaint submitted by Plaintiff Amie Holak and Defendant Kmart Corporation, and

good cause appearing, Plaintiff's Second Amended Class Action Complaint attached to the Joint

Stipulation shall be deemed filed and served upon the date of this Order. *See* Court's Docket,

Doc. No. 45.  Defendant may have until 14 days after service of the Second Amended Complaint

to file a responsive pleading.

IT IS SO ORDERED.

Dated:  ___January 18, 2013___

_____
SENIOR  DISTRICT  JUDGE