Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Nathan Lowery (SBN 238141)
Nathan.Lowery@capstonelawyers.com
Nathan.Lowery@capstonelawyers.com
Alexandria Witte (SBN 273494)
Alexandria.Witte@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0394

Attorneys for Plaintiff Amie Holak

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, individually, and on behalf of other members of the general public similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>KMART CORPORATION, et al.,<br><br>      Defendants. | Case No.:  1:12-CV-00304-AWI-MJS<br><br>Hon. Anthony W. Ishii<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed:   January 23, 2012 |

     The Court having considered the Joint Stipulation for Order Granting Plaintiff Leave to File Second Amended Complaint submitted by Plaintiff Amie Holak and Defendant Kmart Corporation and, and GOOD CAUSE APPEARING:

     Plaintiff's Second Amended Class Action Complaint attached to the Joint Stipulation shall be deemed filed and served upon the date of this Order.

Defendant may have until 14 days after service of the Second Amended Complaint to file a responsive pleading.

_____

IT IS SO ORDERED.

Dated:   __January 20, 2013__          ___/s/ *Michael J. Seng*___

UNITED STATES MAGISTRATE JUDGE