UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMIE HOLAK, individually, and on behalf of all others member of the general public similarly situated,<br><br>         Plaintiff,<br><br>   vs.<br><br>KMART CORPORATION, a Michigan corporation, *et al*.,<br><br>         Defendants. | No.  1:12-CV-00304-AWI-MJS<br><br>**ORDER GRANTING  STIPULATION TO EXTEND TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge:         Hon. Anthony W. Ishii<br>Courtroom:  2, 2500 Tulare Street, 8th Flr., Fresno<br><br>Complaint filed:  January 23, 2012 |

| | |
|---|---|
| 1 | |
| 2 | RAUL PEREZ (Cal. State Bar No. 174687) |
| | NATHAN LOWERY (Cal. State Bar No. 238141) |
| 3 | ALEXANDRIA WITTE (Cal. State Bar No. 273494) |
| | CAPSTONE LAW APC |
| 4 | 1840 Century Park East, Suite 450 |
| | Los Angeles, California 90067 |
| 5 | Telephone:    (310) 556-4811 |
| | Facsimile:     (310) 943-0396 |
| 6 | Raul.Perez@capstonelawyers.com |
| | Nathan.Lowery@capstonelawyers.com |
| 7 | Alexandria.Witte@capstonelawyers.com |

RAUL PEREZ (Cal. State Bar No. 174687)
NATHAN LOWERY (Cal. State Bar No. 238141)
ALEXANDRIA WITTE (Cal. State Bar No. 273494)
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:     (310) 943-0396
Raul.Perez@capstonelawyers.com
Nathan.Lowery@capstonelawyers.com
Alexandria.Witte@capstonelawyers.com

MONICA BALDERRAMA (Cal. State Bar No. 196424)
GENE WILLIAMS (Cal. State Bar No. 211390)
INITIATIVE LEGAL GROUP APC
1800 Century Park East, Mezzanine
Los Angeles, California 90067
Telephone:    (310) 556-5637
Facsimile:     (310) 861-9051
MBalderrama@InitiativeLegal.com
GWilliams@InitiativeLegal.com

Attorneys for Plaintiff Amie Holak

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant Kmart Corporation

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that the deadline for defendant Kmart Corporation to respond to plaintiff Amie Holak's Second Amended Complaint is extended from February 5, 2013, to February 19, 2013.

IT IS SO ORDERED.

Dated:   February 1, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE