1  [*Counsel listed on following page*]

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                          FRESNO DIVISION

13

| | |
|---|---|
| 14  AMIE HOLAK, individually, and on behalf of all others member of the general public similarly situated, | No.  1:12-CV-00304-AWI-MJS |
| 15 | **ORDER GRANTING  STIPULATION TO DISMISS FIFTH CAUSE OF ACTION FROM** |
| 16                    Plaintiff, | **PLAINTIFF AMIE HOLAK'S SECOND AMENDED COMPLAINT WITHOUT** |
| 17       vs. | **PREJUDICE** |
| 18  KMART CORPORATION, a Michigan corporation, *et al.*, | Judge:        Hon. Anthony W. Ishii Courtroom:  2, 2500 Tulare Street, 8th Flr., Fresno |
| 19 | |
| 20                    Defendants. | Complaint filed:  January 23, 2012 |

21

22

23

24

25

26

27

28

ORDER TO DISMISS FIFTH CAUSE OF ACTION
U.S.D.C., E.D. Cal., No. 1-12-cv-00304-AWI-MJS

1  RAUL PEREZ (Cal. State Bar No. 174687)
   NATHAN LOWERY (Cal. State Bar No. 238141)
2  ALEXANDRIA WITTE (Cal. State Bar No. 273494)
   CAPSTONE LAW APC
3  1840 Century Park East, Suite 450
   Los Angeles, California 90067
4  Telephone:      (310) 556-4811
   Facsimile:       (310) 943-0396
5  Raul.Perez@capstonelawyers.com
   Nathan.Lowery@capstonelawyers.com
6  Alexandria.Witte@capstonelawyers.com

7  MONICA BALDERRAMA (Cal. State Bar No. 196424)
   INITIATIVE LEGAL GROUP APC
8  1800 Century Park East, Mezzanine
   Los Angeles, California 90067
9  Telephone:      (310) 556-5637
   Facsimile:       (310) 861-9051
10 MBalderrama@InitiativeLegal.com

11 Attorneys for Plaintiff Amie Holak

12 JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
13 ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
   PAUL HASTINGS LLP
14 55 Second Street, 24th Floor
   San Francisco, California  94105-3441
15 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
16 jeffwohl@paulhastings.com
   jeffmichalowski@paulhastings.com
17 elizabeth.macgregor@paulhastings.com

18 Attorneys for Defendant Kmart Corporation

19

20

21

22

23

24

25

26

27

28

ORDER TO DISMISS FIFTH CAUSE OF ACTION
U.S.D.C., E.D. Cal., No. 1-12-cv-00304-AWI-MJS

1        Pursuant to the parties' stipulation, and good cause appearing therefor, the fifth cause of action

2  of plaintiff Amie Holak's Second Amended Complaint for violation of California Labor Code section

3  1198 and California Code of Regulations, Title 8, section 11070(14) (failure to provide seating) is

4  hereby DISMISSED WITHOUT PREJUDICE.  No notice regarding dismissal of the fifth cause of

5  action need be provided to the putative class.  Defendant Kmart Corporation may not seek to recover the

6  fees and costs it has incurred in defending against this cause of action, provided that plaintiff does not

7  later re-file the cause of action.

8

9

10  IT IS SO ORDERED.

11  Dated:   February 19, 2013       _____

12                                  SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO DISMISS FIFTH CAUSE OF ACTION
U.S.D.C., E.D. Cal., No. 1-12-cv-00304-AWI-MJS