1  [*Counsel listed on following page*]

2

3

4

5

6

7

8

9

10                              UNITED STATES DISTRICT COURT

11                              EASTERN DISTRICT OF CALIFORNIA

12                                      FRESNO DIVISION

13

14 | AMIE HOLAK, individually, and on behalf of all others member of the general public similarly situated, | No.  1:12-CV-00304-AWI-MJS

15 |  | **ORDER GRANTING  STIPULATION TO DISMISS FIFTH CAUSE OF ACTION FROM PLAINTIFF AMIE HOLAK'S SECOND AMENDED COMPLAINT WITHOUT PREJUDICE**

16 | Plaintiff, |

17 | vs. |

18 | KMART CORPORATION, a Michigan corporation, *et al*., | Judge:       Hon. Anthony W. Ishii
   |  | Courtroom:  2, 2500 Tulare Street, 8th Flr., Fresno

19

20 | Defendants. | Complaint filed: January 23, 2012

21

22

23

24

25

26

27

28

LEGAL_US_W # 74282119.3

ORDER TO DISMISS FIFTH CAUSE OF ACTION
U.S.D.C., E.D. Cal., No. 1-12-cv-00304-AWI-MJS

| | |
|---|---|
| 1 | RAUL PEREZ (Cal. State Bar No. 174687) |
| 2 | NATHAN LOWERY (Cal. State Bar No. 238141)<br>ALEXANDRIA WITTE (Cal. State Bar No. 273494) |
| 3 | CAPSTONE LAW APC<br>1840 Century Park East, Suite 450 |
| 4 | Los Angeles, California 90067<br>Telephone:     (310) 556-4811 |
| 5 | Facsimile:      (310) 943-0396<br>Raul.Perez@capstonelawyers.com |
| 6 | Nathan.Lowery@capstonelawyers.com<br>Alexandria.Witte@capstonelawyers.com |
| 7 | MONICA BALDERRAMA (Cal. State Bar No. 196424) |
| 8 | INITIATIVE LEGAL GROUP APC<br>1800 Century Park East, Mezzanine |
| 9 | Los Angeles, California 90067<br>Telephone:     (310) 556-5637 |
| 10 | Facsimile:      (310) 861-9051<br>MBalderrama@InitiativeLegal.com |
| 11 | Attorneys for Plaintiff Amie Holak |
| 12 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| 13 | JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)<br>ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326) |
| 14 | PAUL HASTINGS LLP<br>55 Second Street, 24th Floor |
| 15 | San Francisco, California  94105-3441<br>Telephone:  (415) 856-7000 |
| 16 | Facsimile:  (415) 856-7100<br>jeffwohl@paulhastings.com |
| 17 | jeffmichalowski@paulhastings.com<br>elizabeth_macgregor@paulhastings.com |
| 18 | Attorneys for Defendant Kmart Corporation |

1  Pursuant to the parties' stipulation, and good cause appearing therefor, the fifth cause of action of plaintiff Amie Holak's Second Amended Complaint for violation of California Labor Code section 1198 and California Code of Regulations, Title 8, section 11070(14) (failure to provide seating) is hereby DISMISSED WITHOUT PREJUDICE.  No notice regarding dismissal of the fifth cause of action need be provided to the putative class.  Defendant Kmart Corporation may not seek to recover the fees and costs it has incurred in defending against this cause of action, provided that plaintiff does not later re-file the cause of action.

IT IS SO ORDERED.

Dated:   February 19, 2013                           _____
                                                                              SENIOR  DISTRICT  JUDGE