IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMIE HOLAK,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**KMART CORPORATION, et al.,**<br><br>                              Defendants. | 1:12-cv-00304 AWI MJS<br><br>**ORDER REGARDING REQUESTS TO SEAL DOCUMENTS** (Docs. 84, 106, 110)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE AMENDED MOTION TO CERTIFY CLASS AND AMENDED REPLY REGARDING MOTION TO CERTIFY CLASS WITHIN SEVEN (7) DAYS**<br><br>**ORDER REQUIRING DEFENDANT TO FILE AMENDED DECLARATION OF JEFFREY D. WOHL IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>**ORDER DIRECTING CLERK OF COURT TO STRIKE CLASS CERTIFICATION MOTION, REPLY REGARDING CLASS CERTIFICATION MOTION, AND DECLARATION OF JEFFREY D. WOHL IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

Presently before the Court is Plaintiff Amie Holak's motion for class certification. (See ECF No. 82.) Plaintiff filed redacted copies of her motion for class certification and in her reply to Defendant's opposition to class certification. (ECF Nos. 82, 109.)  With regard to Plaintiff's motion for class certification, Plaintiff redacted the following pages of the filing: (1) sections of page two of the memorandum of points and authorities, (2)

1

1  exhibits A and D to the declaration of Raul Perez in support of the class certification
2  motion, (3) and portions of exhibit A to the declaration of Amie Holak. (See ECF No. 82.)
3  The Court denied the request to seal without prejudice and provided Defendant an
4  opportunity to present to the Court why the documents should remain redacted.[1] (ECF
5  No. 87.) In response, Defendant did not object to the public filing of exhibits A and D to
6  the Perez declaration.

7  Accordingly, the Plaintiff's request to seal is granted in part and denied in part.
8  With regard to page two of the memorandum of points and authorities, and exhibits A
9  and D to the Perez declaration, the request is denied.  However, the redactions to
10 portions of exhibit A to Holak's declaration are proper under Fed. R. Civ. P. 5.2(a) as the
11 redactions protect Holak's sensitive financial account information. Plaintiff is hereby
12 directed to file within seven (7) days of the date of issuance of this order an amended
13 class certification motion redacting only the previously redacted sections of exhibit A to
14 Holak's declaration.

15 With regard to Plaintiff's reply regarding the motion for class certification, Plaintiff
16 requested to redact portions of page four (4) of the reply, and exhibits one and two of the
17 declaration of Melissa Grant. Despite receiving a copy of the notice of the request to seal
18 documents relating to the reply, Defendant did not respond or otherwise assert that the
19 documents were protected and should be privileged. Accordingly, the request to seal or
20 redact Plaintiff's reply and documents attached thereto is denied. Plaintiff is hereby
21 directed to file within seven (7) days of the date of issuance of this order an amended
22 reply and accompanying exhibits without any redactions.

23 Finally, Defendant filed a motion to redact portions of exhibit J to the declaration
24 of Jeffery D. Wohl filed in opposition to the motion for class certification. (See ECF Nos.
25 89, 106-07.) Defendant desires to file a redacted copy of exhibit J to protect the putative

---

[1] Plaintiff noted in her request to seal, that the documents were redacted based on Defendant's contention that the documents were confidential. Accordingly, the Court requested Defendant, as the party asserting the sensitive nature of the documents, to explain why the documents should be sealed.

class members' privacy interests in their contact information. See <u>Belaire-West Landscape, Inc. v. Superior Court</u>, 149 Cal. App. 4th 554, 561 (2007) (holding employees have protectable privacy interests in their contact information). Finding good cause, the Court hereby grants the request. Defendant is hereby directed to file within seven (7) days of the date of issuance of this order an amended declaration of Jeffrey D. Wohl containing a redacted copy of exhibit J.

### ORDER

It is hereby ordered that:

1) Plaintiff's request to seal her class certification motion is GRANTED in part and DENIED in part. Plaintiff is hereby ORDERED to file within seven (7) days of the date of issuance of this order an amended class certification motion without any redactions <u>except</u> the previously redacted sections of exhibit A to Holak's declaration;

2) Plaintiff's request to seal her reply regarding the class certification motion is DENIED. Plaintiff is hereby directed to file within seven (7) days of the date of issuance of this order an amended reply and accompanying exhibits without any redactions; and

3) Defendant's request to redact portions of exhibit J to the Declaration of Jeffery Wohl is GRANTED. Defendant is hereby directed to file within seven (7) days of the date of issuance of this order an amended declaration of Jeffrey D. Wohl containing a redacted copy of exhibit J.

IT IS SO ORDERED.

Dated: June 2, 2014          /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE