UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, individually, and on behalf of all others member of the general public similarly situated,<br>　　　　　Plaintiff,<br>　vs.<br>KMART CORPORATION, a Michigan corporation, *et al.*,<br>　　　　　Defendants. | No. 1:12-CV-00304-AWI-MJS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE**<br><br>Complaint filed: January 23, 2012 |

RAUL PEREZ (Cal. State Bar No. 174687)
MELISSA GRANT (Cal. State Bar No. 205633)
ARNAB BANERJEE (Cal. State Bar No. 252618)
ALEXANDRIA WITTE (Cal. State Bar No. 273494)
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 946-0396
Raul.Perez@capstonelawyers.com
Melissa.grant@capstonelawyers.com
Arnab.banerjee@capstonelawyers.com
Alexandria.witte@capstonelawyers.com

Attorneys for Plaintiff Amie Holak

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RYAN C. HESS (Cal. State Bar No. 263079)
CLAIRE A. HOFFMANN (Cal. State Bar No. 292584)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
ryanhess@paulhastings.com
clairehoffmann@paulhastings.com

Attorneys for Defendant Kmart Corporation

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the further scheduling conference set for April 2, 2015, be continued to May 8, 2015, at 10:30 a.m. before Magistrate Judge Michael J. Seng in Courtroom 6, 2500 Tulare Street, 7th Floor, Fresno, California 93721.  Moreover, by May 1, 2015, the parties shall electronically file a joint scheduling conference report and email a Word version of that joint report to mjsorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   March 27, 2015            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE