1 [*Counsel listed on next page.*]

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, individually, and on behalf of all others member of the general public similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>KMART CORPORATION, a Michigan corporation, *et al.*,<br><br>   Defendants. | No.  1:12-CV-00304-AWI-MJS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE PENDING RULINGS ON DISPOSITIVE MOTIONS**<br><br>Complaint filed:  January 23, 2012 |

RAUL PEREZ (Cal. State Bar No. 174687)
MELISSA GRANT (Cal. State Bar No. 205633)
ARNAB BANERJEE (Cal. State Bar No. 252618)
ALEXANDRIA WITTE (Cal. State Bar No. 273494)
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 946-0396
Raul.Perez@capstonelawyers.com
Melissa.grant@capstonelawyers.com
Arnab.banerjee@capstonelawyers.com
Alexandria.witte@capstonelawyers.com

Attorneys for Plaintiff Amie Holak

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RYAN C. HESS (Cal. State Bar No. 263079)
CLAIRE A. HOFFMANN (Cal. State Bar No. 292584)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
ryanhess@paulhastings.com
clairehoffmann@paulhastings.com

Attorneys for Defendant Kmart Corporation


On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the further scheduling conference set for May 8, 2015, be vacated pending Judge Ishii's rulings on defendant Kmart Corporation's pending motions for partial summary judgment (ECF 149) and to strike plaintiff's representative claim for civil penalties under the California Labor Code Private Attorneys General Act ("PAGA"), Cal. Lab. Code § 2698 *et seq.* (ECF 140).

IT IS FURTHER ORDERED that the parties shall submit their availability for a further scheduling conference within seven days after Judge Ishii finishes ruling on Kmart's pending motions. After the Court receives the parties' availability, the Court will set the further scheduling conference and order that the parties file a joint scheduling conference report seven days before the conference.

IT IS SO ORDERED.

Dated:   May 4, 2015                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE