UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE HOLAK, individually, and on behalf of all other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>KMART CORPORATION, a Michigan corporation, et al.,<br><br>        Defendants. | No. 1:12-cv-00304-AWI-MJS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 193) |

On October 29, 2013, the parties filed a joint stipulation to dismiss the action with prejudice, with each party to bear its own costs and attorneys' fees. Pursuant to this stipulation, this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties stipulation for dismissal with prejudice;

2. No award of attorneys' fees or costs shall be granted to either party; and

3. All currently set dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated:   December 11, 2015                                    _____
                                                                                   SENIOR  DISTRICT  JUDGE